ORDERED UNSEALED on 10/15/2026 s/ judepeters

SEALED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
STEVEN WADDINGTON SCHOENI,
Defendant.

Case No. 26mj6130

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Secs. 2261A(2)(B) and 2261(b)(5) – Cyberstalking (Felony)

The undersigned complainant being duly sworn states:

Introduction

At all times material to this Complaint:

1. Defendant STEVEN WADDINGTON SCHOENI lived in or around Ramona, California, within the Southern District of California.

2. Victim-1 and Victim-1's family lived in or around Green County, Ohio.

3. Victim-2 and Victim-2's family lived in or around Ramona, California.

Count 1

4. Paragraphs 1 to 2 are re-alleged and incorporated herein.

5. Beginning on or about January 10, 2026, through on or about 8/29/2026, within the Southern District of California, and elsewhere, defendant STEVEN WADDINGTON SCHOENI, with the intent to harass and intimidate Victim-1, used an electronic communication service, electronic communication system of interstate commerce, and facility of interstate and foreign commerce, namely cellular telephone

networks and the internet to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-1. Defendant's course of conduct included, among other acts, the following:

a. On or about January 10, 2026, Defendant texted Victim-1 a threatening message that included the language, "I will gut you and anyone else trying to tell me how to raise my daughter. I'm going to pull your traitor spine out alive to listen to your weak scream."

b. On or about January 11, 2026, Defendant texted Victim-1 a threatening message that included the language, "I will skin and cook your traitor family. You might want to move somewhere there is now patriots. We will hunt you down like Nazis. I'm going to eat the face off your cunt dude friend. And burn your family as traitors. Tell me how to protect my family. I will drink your blood out of your skull you weak judge cunt."

c. On or about January 11, 2026, Defendant texted Victim-1 a threatening message that included the language, "I can't wait to see my tomahawk canoed through your skull. I will erase you and [Victim-1]. Traitor. Pathetic weak man. I'm going to gut you from stern to stern weak man."

d. On or about January 11, 2026, Defendant texted Victim-1 a threatening message that included the language, "I will murder as they get in my way telling me how to raise my daughters. I will skin them alive on a bridge, [Victim-1] will be first with his cock in his mouth strung up. Remember that [Victim-1]."

e. On or about July 16, 2026, Defendant texted Victim-1 threatening message that included the language, "[Victim-1] I hope that alarm system works for you, you will need it soon. You are a weak traitor. I am glad that your bloodline ends with you," "Cross me again and see what happens [Victim-1]."

f. On or about August 29, 2026, Defendant emailed Victim-1 a Popeye video set to a rap song with the message "Traitor air fart cunt, hahahaha! Fang fang traitor."

All in violation of Title 18, United States Code, Sections 2261(A)(2)(B) and 2261(b)(5).

//

//

//

Count 2

6. Paragraphs 1 to 3 are re-alleged and incorporated herein.

7. Beginning on or about July 16, 2026, through on or about August 29, 2026, within the Southern District of California, defendant STEVEN WADDINGTON SCHOENI, with the intent to harass and intimidate Victim-2, used an electronic communication service, electronic communication system of interstate commerce, and facility of interstate and foreign commerce, namely cellular telephone networks and the internet to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-2. Defendant's course of conduct included, among other acts, the following:

a. On or about July 16, 2026, Defendant texted Victim-2 a threatening message that included the language, "If I don't have my meds in the morning I'm starting with coffee and going to fuck up peoples day. This is bullshit and sabotage from you as you control 300k of my money cunt. Tomorrow starts with you early. Whatever bullshit you have spread about me I will hold you accountable."

b. On or about July 16, 2026, Defendant texted Victim-2 a message that included the language, "Do you not feel like Mary at this point, are you just waiting for me to die like her? That is why you are a triple frog hog. See you in the morning for a business meeting."

c. On or about August 1, 2026, Defendant texted Victim-2 a message that included the language, "When is the last time [Defendant's daughter] has been up here? I'm calling the sheriffs if you don't communicate. It will be embarrassing for you and her mother and many more when I press charges."

d. On or about August 1, 2026, Defendant texted a third party and cc'd Victim-2 among others a threatening message that included the language, "You must not care for your daughters if you can't answer the last time you saw [Defendant's daughter]…See you soon, if you can't be a good father…Victim-2 gave you her number you fucking pussy attacking a young woman and run your dumb bike around her tough guy…Do that again please, I will fucking put you in a pot hole…shit rolls downhill you

fucking fat cunt along with your sloppy fat fucking liberal bitch Arizona wife…I'll see you tomorrow [third-party]."

e. On or about August 29, 2026, Defendant emailed Victim-2 a video of a woman suffering from a stroke.

All in violation of Title 18, United States Code, Sections 2261(A)(2)(B) and 2261(b)(5).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Katie Lynn Shirran

Special Agent Katie L. Shirran
Federal Bureau of Investigation

Sworn and attested under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on October 13, 2026.

HON. MICHAEL S. BERG
United States Magistrate Judge

**STATEMENT OF FACTS**

I, KATIE L. SHIRRAN, being duly sworn, state as follows:

I make this affidavit in support of an application for a criminal complaint and arrest warrant charging STEVEN WADDINGTON SCHOENI with cyberstalking, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

I am a Special Agent with the FBI. I have been employed as a Special Agent since April 2026 and am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7). Prior to the FBI, I served as a military intelligence officer in the United States Army for seven years. My current assignment is the San Diego Field Office Joint Terrorism Task Force. In this capacity, I investigate, among other things, criminal violations concerning threats to life and hate crimes, as well as other violations of Title 18 of the United States Code. I have received specialized training in conducting criminal and counter-terrorism investigations and have consulted with my colleagues who have many years of experience investigating criminal and terrorism crimes. Specifically, I have received 19 weeks (approximately 760 hours) of instruction in the fundamentals of law, ethics, behavioral science, interviewing, report writing, firearms, surveillance, defensive tactics, and case management at the FBI Academy in Quantico, Virginia. I have received additional training in evidence collection, electronic devices and data, criminal statutes, and, specifically, criminal threats. As a Special Agent, I have personally been involved in investigations involving domestic terrorism, criminal threats, and investigations that have involved court-authorized searches of physical locations, as well as electronic devices and data retrieved from them.

Title 18, United States Code, Section 2261A(2)(B) prohibits, with the intent to harass and intimidate, the use of any interactive computer service or electronic communication system of interstate commerce or any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or spouse or intimate partner.

## BACKGROUND OF SCHOENI CASE

On or about July 23, 2026, SCHOENI was charged in the Southern District of California with interstate communications of a threat in violation of 18 U.S.C. § 875(c) based on communications he sent to Victim-1 in Ohio. On or about September 27, 2026, SCHOENI was arrested by the San Diego Sheriff's Office for communication of true threats to his neighbor, in violation of California Penal Code, Section 422. On September 28, 2026, SCHOENI was arrested by the FBI pursuant to the July 23, 2026, complaint and taken into federal custody (Case No. 26mj04244-SBC). On October 2, 2026, SCHOENI was ordered detained on the grounds that he was a danger to the community and himself, and a risk of flight. SCHOENI's preliminary hearing was set for October 13, 2026. At the hearing, SCHOENI did not waive the hearing nor indictment. The United States had not indicted SCHOENI and was not prepared to move forward on the preliminary hearing. The Court continued the preliminary hearing to October 15, 2026. On October 13, 2026, SCHOENI appealed Magistrate Judge Chu's continuance of the preliminary hearing to Chief Judge Bashant, seeking SCHOENI's immediate release based on the government's Rule 5 violation. The ruling on the appeal is pending. This complaint and arrest warrant follows.

## BACKGROUND OF SCHOENI

At all times relevant, SCHOENI resided in Ramona, California, within the Southern District of California and transmitted the below-described threatening communications while in the Southern District of California. Victim-1 and Victim-1's family lived in or around Green County, Ohio, and received the harassing and intimidating communications while in Ohio. The messages therefore traveled in interstate commerce to go from California to Ohio. Victim-2 lived in Ramona, California, and received harassing and intimidating communications from Defendant over one or more electronic communication systems or facilities of interstate commerce.

While undertaking the investigation into SCHOENI's threatening, harassing and intimidating communications, investigators gathered information that would facilitate an

assessment of whether SCHOENI presented a danger to himself or others. To that end, investigators interviewed family members and others who know SHOENI; reviewed SCHOENI's military service record and police reports related to his two arrests; reviewed threat assessments from clinicians and threat assessment professionals from the FBI and the private sector; made contact with the Veterans Administration and Navy SEAL Future Foundation; and conducted extensive physical surveillance.

SCHOENI is 35 years-old, twice divorced, and father of a teenage daughter. He retired in 2019 after serving 20 years in the Navy, 18 of which were as a Navy SEAL.

SCHOENI deployed at least five times to Iraq and Afghanistan, where he served as a sniper and breacher with over 70 combat missions and 36 explosive breaches in one deployment alone

Following SCHOENI's September 27, 2026, arrest, FBI searched SCHOENI's premises pursuant to a court-authorized search warrant and seized approximately 5 assault rifles, including one with a short barrel, numerous handguns, multiple high-capacity magazines, a silencer and precursor explosive material. SCHOENI also had a large collection of bladed weapons, including a tomahawk, none of which were seized.

Investigators learned that SCHOENI's relationship with his second wife, Victim-2, deteriorated, eventually leading to a domestic violence incident in November 2024 and SCHOENI's arrest. Ultimately, Victim-2 elected not to press charges.

## **PROBABLE CAUSE**

On January 11, 2026, investigators received information regarding violent threats made by SCHOENI to Victim-1 and to Victim-1's family. Upon interviewing Victim-1, investigators learned that Victim-1 is one of SCHOENI's family members and an attorney who resides in Ohio. Victim-1 said he attempted to assist SCHOENI, who resides in Ramona, California, with family law matters. When the legal matters did not resolve to SCHOENI's satisfaction, SCHOENI sent a series of text messages to Victim-1, as part of a group chat that included SCHOENI, Victim-1 and one other individual.

I have reviewed the messages including those wherein SCHOENI threatens to kill Victim-1 and Victim-1's wife and daughter. I have included relevant excerpts of the messages below, along with the corresponding count:

| **DATE** | **TIME** | **MESSAGE TYPE** | **COMMUNICATION** |
|---|---|---|---|
| 1/10/2026 | 10:23 pm | Text Message | I will gut you and anyone else trying to tell me how to raise my daughter. I'm going to pull your traitor spine out alive to listen to your weak scream. |
| 1/11/2026 | 12:53 am | Text Message | I will skin and cook your traitor family. You might want to move somewhere there is now patriots. We will hunt you down like Nazis. I'm going to eat the face off your cunt dude friend. And burn your family as traitors. Tell me how to protect my family. I will drink your blood out of your skull you weak judge cunt. |
| 1/11/2026 | 12:54 am | Text Message | I can't wait to see my tomahawk canoed through your skull. I will erase you and [Victim-1]. Traitor. Pathetic weak man. I'm going to gut you from stern to stern weak man. |
| 1/11/2026 | 12:55 am | Text Message | • I will murder as they get in my way telling me how to raise my daughters. I will skin them alive on a bridge, [Victim-1] will be first with his cock in his mouth strung up. Remember that [Victim-1].<br>• I will gut you traitor.<br>• I'm going to pull your guts across Nottingham hahahaha.<br>• And put them guts in the Iowa 4 corners. |

| DATE | TIME | MESSAGE TYPE | COMMUNICATION |
|---|---|---|---|
| 7/16/2026 | | Text Message | [Victim-1] I hope that alarm system works for you, you will need it soon. You are a weak traitor. I am glad that your bloodline ends with you," "Cross me again and see what happens [Victim-1]. |
| 8/29/2026 | | Email | Popeye video set to rap song with message "Traitor air fart cunt, hahahaha! Fang fang traitor." |

Victim-1 related to me that he knows SCHOENI is a retired Navy SEAL with extensive combat experience and a diagnosis of PTSD and Traumatic Brain Injury (TBI).

Victim-1 believed SCHOENI would carry out the violent threats, and Victim-1 feared for his life and the lives of his family. Victim-1 even notified his employer and church of the possibility that SCHOENI would seek to commit an act of violence. In March 2026, Victim-1 filed a civil protection order in Ohio against SCHOENI. SCHOENI refused to sign to accept service of process. As a result, the Ohio protection order hearings have been continued multiple times.

After January 11, 2026, SCHOENI continued to intermittently contact Victim-1 and Victim-2. SCHOENI sent harassing and intimidating communications to both Victim-1 and Victim-2. Excerpts of the messages to Victim-2 are as follows:

| DATE | TIME | COMMUNICATION |
|---|---|---|
| 7/16/2026 | unk | If I don't have my meds in the morning I'm starting with coffee and going to fuck up peoples day. This is bullshit and sabotage from you as you control 300k of my money cunt. Tomorrow starts with you early. Whatever bullshit you have spread about me I will hold you accountable." |

| | | |
|---|---|---|
| 7/16/2026 | unk | Do you not feel like Mary at this point, are you just waiting for me to die like her? That is why you are a triple frog hog. See you in the morning for a business meeting." |
| 7/16/2026 | unk | When is the last time [Defendant's daughter] has been up here? I'm calling the sheriffs if you don't communicate. It will be embarrassing for you and her mother and many more when I press charges." |
| 8/1/26 | | You must not care for your daughters if you can't answer the last time you saw [Defendant's daughter]…See you soon, if you can't be a good father…Victim-2 gave you her number you fucking pussy attacking a young woman and run your dumb bike around her tough guy…Do that again please, I will fucking put you in a pot hole…shit rolls downhill you fucking fat cunt along with your sloppy fat fucking liberal bitch Arizona wife…I'll see you tomorrow [third-party]." |
| 8/29/2026 | | On or about August 29, 2026, Defendant emailed Victim-2 a video of a woman suffering from a stroke. |

Victim-2 reported the messages to law enforcement. In fear for her safety, Victim-2 devised a plan with her employees to escape if they saw SCHOENI at the coffee shop. On July 16, 2026, in response to the tip from Victim-2, and upon reviewing SCHOENI's messages, the FBI and San Diego Sheriff's Office investigators conducted all-day surveillance on SCHOENI's residence and Victim-2's place of work. Investigators undertook this surveillance because investigators assessed that SCHOENI posed a danger to Victim-2. Ultimately, SCHOENI did not leave his home.